**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LEE PINKERTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES PAROLE COMMISSION,<br><br>　　　　　Respondent. | Case No. CV 21-5739-MWF(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting Respondents' motion to dismiss, denying Petitioner's motion for discovery, denying the Petition for Writ of Mandamus, and dismissing this action as moot as to Claims Two and Three, precluded, and for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: April 22, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE