JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE PINKERTON,<br><br>            Petitioner,<br><br>     v.<br><br>UNITED STATES PAROLE COMMISSION,<br><br>            Respondent. | Case No. CV 21-5739-MWF(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED

\\

\\

\\

that the Petition for Writ of Mandamus is denied and this action is dismissed without prejudice.

DATED: April 22, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE